UNITED STATES COURT HOUSE
THE County DALLAS
" City of Garland

Dennis Clay Sharpless
90 9605 Grady LN
mesquite, Texas
75217

U.S. DISTRICT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 24 2023
CLERK, U.S. DISTRICT COURT
By _____ Deputy

3-23CV2431-G

Challen
THE Enclose Recite
        Complaint

CHARGE:

    Fast
when made THE Purchest THE Check woman SAID
you are THE Best Western DRESS Person Seem LIke
Resident Robber Been Tring to Tell me THAT
Could you Investagate AND Tell us what we win?

Donnie Clay Shingles
9605 Glandy Ln
Mesquite, Texas
75217

UNITED STATES COURTHOUSE
1100 Commerce St.
Dallas, Texas
75242



NORTH TEXAS TX 750
DALLAS TX 750
20 OCT 2023 PM 7 L